UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

| | | |
|---|---|---|
| McGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC, a Delaware limited liability company, and, | : | Index No. 13-CV-4338 (NRB) |
| McGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, a Delaware limited liability company, | : | |
| Plaintiffs, | : | |
| -against- | : | **CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF McGRAW-HILL SCHOOL EDUCATION HOLDINGS, LLC** |
| ROBERT LEWINE, a California resident, | : | |
| | : | **ECF Case** |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable judges of this Court to determine the need for recusal, counsel for Plaintiff McGraw-Hill School Education Holdings, LLC, states as follows:

- The non-governmental party McGraw-Hill School Education Holdings, LLC in the above listed civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.  Its parent company is McGraw-Hill School Education Intermediate Holdings, LLC, which is not publicly held.

| | | |
|---|---|---|
| Dated: | New York, New York<br>June 21, 2013 | LEVINE SULLIVAN KOCH & SCHULZ, LLP |
| | | By:   /s/ Christopher P. Beall<br>        Christopher P. Beall (CB4590)<br>        Julia C. Atcherley (JA2810)<br>321 West 44th Street, Suite 1000<br>New York, NY 10036<br>(212) 850-6100<br>(212) 850-6299 (Fax)<br><br>*Attorneys for Plaintiffs McGraw-Hill School Education Holdings, LLC and McGraw-Hill Global Education Holdings, LLC* |

2